UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                                  24-CR-154 (JLS) (JJM)

DEJAN KARLOVIC,

            Defendant.

_____

### DECISION AND ORDER

On January 23, 2025, before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Defendant Dejan Karlovic waived indictment and pleaded guilty to Count 1 of the Information, charging a violation of Title 18, United States Code, Section 666(a)(1)(A) (theft of funds related to a federal program). Dkt. 20.

On January 28, 2025, Judge McCarthy filed a Report and Recommendation ("R&R") recommending that Defendant's plea of guilty be accepted and that Defendant be adjudged guilty. Dkt. 21.

The Court has not received objections to the R&R in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

This Court has carefully reviewed *de novo* Judge McCarthy's R&R (Dkt. 21), the plea agreement (Dkt. 19), the information (Dkt. 18), the waiver of indictment (Dkt. 17), a transcript of the plea proceeding (Dkt. 22), and the applicable law. This

Court finds no legal or factual error in Judge McCarthy's R&R, and, therefore, adopts Judge McCarthy's recommendation that Defendant's plea of guilty be accepted and that Defendant be adjudged guilty of Count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's January 28, 2025 R&R (Dkt. 21), in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts Defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and Defendant Dejan Karlovic is now adjudged guilty under Title 18, United States Code, Section 666(a)(1)(A).

SO ORDERED.

Dated:   February 28, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE